UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL COBB o/b/o C.C.,**

    Plaintiff,

v.                      Case No. 3:14cv323/MCR/CJK

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 15, 2015. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The decision of the Commissioner is AFFIRMED and plaintiff's application for Supplemental Security Income, filed on behalf of her minor son, is DENIED.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 31st day of August, 2015

.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **CHIEF UNITED STATES DISTRICT JUDGE**